**Order entered August 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00178-CR

**JEFFREY KING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. 10-13223**

## ORDER

The Court **REINSTATES** the appeal.

On June 18, 2013, we denied appellant's third motion to extend time to file his brief and ordered the trial court to make findings regarding why the brief has not been filed. We have now received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the June 18, 2013 order to the extent it requires findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/      DAVID EVANS
         JUSTICE